IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,                 No. CIV S-05-0448 LKK KJM P

    vs.

L. JOHNSON-DOVEY,

    Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action.  On December 1, 2005, the court ordered plaintiff to describe the outcome of each of the lawsuits he has filed while a prisoner.

        On December 21, 2005, plaintiff filed his response.  He fails to describe the outcome of each lawsuit, but instead says that his mental illness caused him to list all his lawsuits as "still pending."  He suggests he was not intentionally untruthful when he failed to list his prior lawsuits in his complaint, but rather suffers from mental illness and organic brain problems.

        Plaintiff has not complied with this court's order, for he has not provided any information about the disposition of his prior lawsuits, despite orders in other of his many cases that have listed those dispositions found to be strikes within the meaning of the Prison Litigation Reform Act.  28 U.S.C. § 1915 (g); see, e.g. Campbell v. Moreau, Civ. No. S-05-02105 MCE

1  KJM P.  Plaintiff was warned that failure to respond to the court's order would result in a
2  recommendation that the action be dismissed with prejudice.
3       IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice.
4  Fed. R. Civ. P. 11(c)(1)(B); Fed. R. Civ. P. 41(b).
5       These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
7  days after being served with these findings and recommendations, plaintiff may file written
8  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
9  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
10  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
11  F.2d 1153 (9th Cir. 1991).
12  DATED:   April 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/camp0448.56